UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MICHAEL P. LEBOEUF, | CV-14-021-BU-SEH |
| Plaintiff, | ORDER |
| vs. | |
| JK BUTTE, LLC, JAMES P. KOEHLER d/b/a TKO and DALE GROSZ d/b/a ADVANCED BUILDERS CONSTRUCTION, | |
| Defendants. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED this 3rd day of October, 2016.

*/s/ Sam E. Haddon*
Honorable Sam E. Haddon
United States District Judge