UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MICHAEL P. LEBOEUF,<br><br>Plaintiff,<br><br>vs.<br><br>JK BUTTE, LLC, JAMES P. KOEHLER d/b/a TKO, AND DALE GROSZ d/b/a ADVANCED BUILDERS CONSTRUCTION,<br><br>Defendant. | Case No. CV-14-21-BU-SEH<br><br>JUDGMENT IN A CIVIL CASE |

**X** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED: Jury Verdict finding for Defendants and against Plaintiff.

Dated this 6th day of October, 2016.

TYLER P. GILMAN, CLERK

By: /s/ Erica Larson
Erica Larson, Deputy Clerk